UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,

    Plaintiff,

v.

ONEBEACON INSURANCE COMPANY,

    Defendant.

Case No. 14-cv-4718 (PGG)
ECF Case

## DECLARATION OF KAREN C. BASWELL IN OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Karen C. Baswell, declare as follows:

1. I am an attorney at the law firm of Chaffetz Lindsey, 505 Fifth Avenue, 4th Floor, New York, New York ("Chaffetz Lindsey"). I am admitted to practice in the State of New York and in the United States District Court for the Southern District of New York.

2. I submit this Declaration in Opposition to Defendant OneBeacon's Cross Motion for Summary Judgment and in further support of Plaintiff's Motion for Summary Judgment. I am familiar with the facts stated herein.

3. Attached as Exhibit 53[1] is a true and correct copy of the additional cited excerpts from the Deposition of Gary Ibello, dated April 1, 2015 ("Ibello Dep.").

4. Attached as Exhibit 54 is a true and correct copy of the additional cited excerpts from the Deposition of Madelyn Faggella, dated April 10, 2015 ("Faggella Dep.").

---

[1] FFIC has numbered its additional Exhibits sequentially to those previously identified by FFIC and OneBeacon, beginning at Exhibit 53.

5. Attached as Exhibit 55 is a true and correct copy of the cited excerpts from Robert W. Strain, *Reinsurance* (Rev. ed. 1997).

6. Attached as Exhibit 56 is a true and correct copy of Benedict M. Lenhart et al., 1-7 *Appleman on Insurance* § 7.02 (2015).

7. Attached as Exhibit 57 is a true and correct copy of 2 Barry R. Ostrager and Thomas R. Newman, *Handbook on Insurance Coverage Disputes* § 13.04 (17th ed. 2015)

8. Attached as Exhibit 58 is a true and correct copy of John F. O'Connor, *Insurance Coverage Settlements and the Rights of Excess Insurers*, 62 Md. L. Rev. 30 (2003).

9. Attached as Exhibit 59 is a true and correct copy of Michael F. Aylward, *What Does It Mean to "Exhaust" Underlying Insurance?*, FOR THE DEFENSE (May 2012).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 19, 2015

_____
Karen C. Baswell