# 46

Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 2 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                                 1

```
 1                          Svetska

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------x
     FIREMAN'S FUND INSURANCE COMPANY,
 4
                 Plaintiff,
 5
          vs.        Case No. 14 CV 4718
 6
     ONEBEACON INSURANCE COMPANY as
 7   successor-in-interest to
     GENERAL ACCIDENT INSURANCE
 8   COMPANY OF AMERICA,

 9               Defendant.
     ------------------------------x
10

11

12           JEFFREY ARNOLD SVETSKA

13              New York, New York

14            Thursday, April 2, 2015

15

16

17

18

19

20

21

22

23   Reported by:  Steven Neil Cohen, RPR

24   Job No. 309213

25
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 3 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                                29

```
 1                        Svetska
 2    2 please.
 3              Have you seen the document that
 4    has been marked as Exhibit 2 which is
 5    "Plaintiff's Responses and Objections to
 6    Notice of Rule 30(b)(6) Deposition of
 7    Fireman's Fund Insurance Company"?
 8         A.    This is the first time I have seen
 9    this.
10         Q.    You are aware that you have been
11    designated as a company representative with
12    respect to a number of the items that were
13    set forth in Exhibit 1 which you had
14    previously seen?
15         A.    I am aware of that.
16         Q.    Let me have you look at -- stay
17    with Exhibit 2 and look at topics number 1,
18    2, 3, well, stick with that, 1 through 3.
19              Do you see that?
20         A.    Yes, I have it in front of me
21    these topics numbers 1, 2 and 3.
22         Q.    Topics 1 through 3 relate to the
23    three Fireman's Fund policies that were at
24    issue in the ASARCO declaratory judgment
25    action.
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 4 of 19

JEFFREY ARNOLD SVETSKA                                          April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                                       30

1                         Svetska
2          Do you see that?
3     A.    Yes.
4     Q.    And each of these items number 1
5  through 3 the responses on behalf of
6  Fireman's Fund indicate that you are
7  designated to respond concerning
8  insurance-related topics as identified in --
9  the reinsurance-related topics as identified
10 in those items 1 through 3.
11         Do you see that?
12    A.    Well, technically I don't see my
13 name specifically laid out in regards to
14 this as it relates to Exhibit, Defendant's
15 Exhibit 1, but I am here today to talk about
16 certain aspects of 1, 2 and 3.
17    Q.    Okay.  Just let me direct you just
18 so you see at Exhibit Number 2 topics
19 numbers 1, 2 and 3 all refer specifically to
20 you as the person responding.
21         Do you see that?
22    A.    Oh, specifically to
23 reinsurance-related issues, yes, I am sorry.
24 I may have missed that.
25    Q.    What did you do to prepare for



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 5 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                                65

1                       Svetska
2          Let me ask you to look at Exhibit
3    17 please.
4          A.    Okay.  I have it.
5          Q.    Exhibit 17 is what I believe what
6    we refer to as a cover note showing the
7    coverage that was effective for the 19 on --
8    the March -- strike that.
9                The March 15, 1982 through 1983
10   policy period, this shows the facultative
11   coverage that was affected on behalf of
12   ASARCO, do you understand that to be true?
13         A.    It is labeled "cover note" and it
14   does say that "We hereby certify that we
15   have bound the following facultative
16   reinsurance on your behalf."
17         Q.    Is a cover note a document that
18   you are familiar with?
19         A.    Yes.
20         Q.    And does it show the coverage that
21   has been affected on behalf of the reinsured
22   by the broker?
23         A.    This particular document does not
24   seem to contain -- hang on.  Let me rephrase
25   that.



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 6 of 19

JEFFREY ARNOLD SVETSKA                                April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            66

```
 1                      Svetska
 2            This is a -- I believe this is a
 3   basic representation of the reinsurance that
 4   this particular broker has placed, yes.
 5       Q.   This is for the policy layer of
 6   $20 million excess of $30 million excess of
 7   a $3 million self-insured retention,
 8   correct?
 9       A.   That is what this document says,
10   yes.
11       Q.   It shows a $3,000 gross annual per
12   million premium.  Do you understand that is
13   the rate -- I am sorry, that is the premium
14   that was paid for this layer of reinsurance?
15       A.   Or you could call it a rate, yes.
16       Q.   Or rate.
17            Now, we don't have -- strike that.
18            Let me ask you to look at the next
19   document which is Exhibit 18.
20       A.   Okay.  I have 18.
21       Q.   Exhibit 18, is that also a cover
22   note?
23       A.   Yes.
24       Q.   So this cover note if I am correct
25   is for the period March 15, 1983 to
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 7 of 19

JEFFREY ARNOLD SVETSKA                                April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            67

```
 1                       Svetska
 2    March 15, 1984, correct?
 3        A.    That is what it says, yes.
 4        Q.    So that is for the subsequent
 5    policy year, in other words this is
 6    reinsurance of the Fireman's Fund policy in
 7    effect for the 1983 to 1984 period, correct?
 8        A.    For a policy of Fireman's Fund for
 9    the period March 15, 1983 to '84.
10        Q.    Do you understand this to be with
11    respect to the excess policy that was
12    written by Fireman's Fund at 20 million
13    excess of 75 million?
14        A.    Yes.
15        Q.    Now, the gross or the premium on
16    this one was $1,500, correct?
17        A.    It says, "The reinsurance premium
18    $1,500 gross annual per million."
19        Q.    "Per million."
20              Now, looking back at the other
21    prior cover note that was for the prior
22    year.
23              Do you see that?
24        A.    Exhibit 17.
25        Q.    Exhibit 17.  That is the lower
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 8 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                              68

```
 1                      Svetska
 2   layer cover for the prior year, correct?
 3        A.   Yes.
 4        Q.   Okay.  And that is the layer of
 5   reinsurance that attached to the policy that
 6   was written at $20 million excess of
 7   $30 million, correct?
 8        A.   Yes.  Exhibit 17 is the cover note
 9   for a 1982 to 1983 reinsurance program
10   20 million excess of 30.
11        Q.   Now the rate on the lower level
12   and I apologize, I don't believe we have the
13   cover note for the 1983-1984 year for the
14   policy that was written at $20 million
15   excess of $30 million, but my question to
16   you is do you have an understanding as to
17   why the rate on the higher level policy as
18   shown in Exhibit 18 is lower than the rate
19   on the policy that is shown or the
20   reinsurance shown at Exhibit 17?
21        A.   I have an understanding of why
22   that would be, yes.
23        Q.   Why is that?
24        A.   With an attachment point
25   significantly higher relative to dollar 1
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 9 of 19

JEFFREY ARNOLD SVETSKA                                  April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            69

```
 1                          Svetska
 2   the chance of loss is less for a higher
 3   attaching policy therefore it would have a
 4   lower premium rate.
 5          Q.   So it has a lower exposure,
 6   correct?
 7          A.   Yes.
 8          Q.   That reflects the fact that at
 9   least for the -- strike that.
10               That reflects the fact that for
11   the 1983 to '84 policy which is written
12   excess of $75 million or actually 78 if you
13   count the self-insured retention there has
14   to be at least $78 million of loss that is
15   covered under the underlying policies before
16   this policy responds and the reinsurance
17   certificate responds, correct?
18               MS. BASWELL:  Objection to form.
19               THE WITNESS:  Yes, I was going
20          to ask you if you can repeat that
21          back.
22               MR. KING:  See if you can read
23          that back.
24               (Record read)
25               MS. BASWELL:  Objection to form.
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 10 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                               70

```
 1                       Svetska
 2             THE WITNESS:  We may have to
 3        back up two questions because when you
 4        are saying "that" are you referring to
 5        the difference in premium or the
 6        premium itself?
 7   BY MR. KING:
 8        Q.    The difference in the premium.
 9              The premium for the lower level
10   policy is half that of the premium for the
11   higher level policy, correct, based on what
12   we have seen?
13             MS. BASWELL:  Objection.
14             THE WITNESS:  The premium for
15        the lower level policy that attaches
16        excess of 30 is actually twice as high
17        as the --
18   BY MR. KING:
19        Q.    You are right.
20        A.    -- the premium for the excess 75
21   and we discussed -- and if the question
22   relates to why that is it is because it is a
23   lower exposure than the policy attaching
24   excess of 30.
25        Q.    Thank you.
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 11 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                              72

1                       Svetska
2   review it?
3       A.   Yesterday.
4       Q.   So this certificate is a
5   certificate of reinsurance in effect from
6   March 15, 1983 to March 15, 1984, correct?
7       A.   That is what is stated on the
8   declaration page, yes.
9       Q.   When you say declarations page you
10  mean the first page that we are looking at
11  here, correct?
12      A.   Page 1 of Exhibit 19, yes.  Sorry,
13  I will be more specific.
14      Q.   Well, we can agree that this is
15  generally referred to as a declarations
16  page.
17      A.   Sure.
18      Q.   Even though this one is not
19  referred to?
20      A.   Doesn't have the title of that,
21  yes, yes, we can agree to that.
22      Q.   And this facultative certificate
23  provides $3 million part of $20 million
24  excess of $75 million excess of underlying.
25           Do you see that?



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 12 of 19

JEFFREY ARNOLD SVETSKA                                April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            74

```
 1                          Svetska
 2       A.    Yes.
 3       Q.    So this reinsurance doesn't attach
 4  to and there are no obligations under this
 5  reinsurance agreement until there is an
 6  underlying loss of at least $78 million,
 7  correct, subject to the terms and conditions
 8  of the certificate?
 9             MS. BASWELL:  Objection to form.
10             THE WITNESS:  How would you
11       define "loss"?
12             THE WITNESS:
13  BY MR. KING:
14       Q.    We will talk about that further in
15  a minute.
16             You agree that this doesn't attach
17  until there has been -- let's get back to
18  that in a minute.
19             Let me ask you to turn to the next
20  page.  You see paragraph 1 there at the top?
21       A.    Yes.
22       Q.    Okay.  Now this one is not -- this
23  page is not captioned can we agree this is
24  frequently referred to as a terms and
25  conditions page?
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 13 of 19

JEFFREY ARNOLD SVETSKA                                     April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                              75

```
 1                       Svetska
 2       A.     I think earlier we were calling it
 3  a provisions or conditions but we can use
 4  terms and conditions, is that what you said?
 5       Q.     Right.
 6       A.     We can call it whatever we want.
 7              We are looking at page 2, sure.
 8       Q.     We spoke earlier, we spoke earlier
 9  today that you would -- and you said you
10  would look at the conditions or provisions
11  of the policy to determine what the coverage
12  would be.
13              Is this the type of page you were
14  talking about?
15       A.     Exactly, yes.
16       Q.     It states in paragraph 1, "The
17  company warrants to retain for its own
18  account," and the company there was
19  Fireman's Fund?
20       A.     I believe that is the meaning,
21  yes.
22       Q.     "Subject to treaty reinsurance the
23  amount of liability specified in Section 3
24  and the liability of the reinsurers
25  specified in Section 4 shall follow that of
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 14 of 19

JEFFREY ARNOLD SVETSKA                          April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                       76

```
 1                         Svetska
 2    the company and accept as otherwise
 3    specifically provided herein shall be
 4    subject in all respects to all the terms and
 5    conditions of the company's policy."
 6              Do you see that?
 7       A.     I see where it says that, yes.
 8       Q.     Do you understand that to be a
 9    following form provision?
10       A.     I am sorry.  I am re-reading it
11    again.
12              When you use the term "following
13    form," the wording would generally speak for
14    itself but where it says "shall follow that
15    of the company" even though we haven't
16    really defined "following form," in general
17    industry practice I would say that it does.
18       Q.     So this clause means that the
19    facultative certificate effectively adopts
20    all the terms and conditions of the
21    company's underlying policy to the extent
22    not inconsistent with the facultative
23    certificate itself, correct?
24       A.     That is as much as what it says
25    here, yes.
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 15 of 19

JEFFREY ARNOLD SVETSKA                                     April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                              77

```
 1                       Svetska
 2       Q.    Let me ask you to look at
 3   paragraph 3, "All claims involving this
 4   reinsurance when settled by the company
 5   shall be binding on the reinsurer who shall
 6   be bound to pay its proportion of such
 7   settlement," and it goes on from there.
 8             Do you see that?
 9       A.    I see that, yes.
10       Q.    Do you have an understanding of
11   what that clause means?
12       A.    That when we settle, "we" being
13   the company, Fireman's Fund, that the
14   reinsurer in this case General Accident
15   OneBeacon is bound by our settlement.
16       Q.    Is that settlement subject to the
17   terms and conditions of the underlying
18   policy being satisfied?
19             MS. BASWELL:   Objection to form.
20             THE WITNESS:   Yes.
21   BY MR. KING:
22       Q.    So if -- let me ask you some
23   questions.
24             So if Fireman's Fund were to
25   settle a claim or pay a claim under a policy
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 16 of 19

JEFFREY ARNOLD SVETSKA                                April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            78

```
 1                         Svetska
 2    that was excluded under that policy and then
 3    asked its reinsurer to pay under this
 4    facultative certificate, would the reinsurer
 5    be bound to pay or not be bound to pay
 6    because it wasn't within the policy
 7    coverage?
 8              MS. BASWELL:  Objection.  Calls
 9         for a legal conclusion.
10              Objection, incomplete
11         hypothetical.
12              THE WITNESS:  If you read that
13         back, I am not sure that that is a
14         logical question and I take no offense
15         to that please.
16    BY MR. KING:
17         Q.    Let me restate the question.
18         A.    Yes.
19         Q.    Let's assume that Fireman's Fund
20    pays a claim that is expressly excluded
21    under its policy.  Agreed?
22         A.    Okay.  That part I understand,
23    yes.
24         Q.    Then let's assume that Fireman's
25    Fund turns to its reinsurer pursuant to the
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 17 of 19

JEFFREY ARNOLD SVETSKA                                        April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                                    79

```
 1                         Svetska
 2      terms of the certificate and the attachment
 3      point is met and all those other elements of
 4      coverage are met and asks OneBeacon to pay
 5      under this certificate, is OneBeacon bound
 6      to pay pursuant to the terms of this
 7      certificate?
 8              MS. BASWELL:  Objection.  Calls
 9          for a legal conclusion.
10              THE WITNESS:  In this
11          hypothetical that you are presenting,
12          Mitch, who makes the determination
13          that the exclusion precludes coverage?
14   BY MR. KING:
15      Q.    Let's assume that the exclusion --
16    that it is excluded as a matter of law and
17    that is not in doubt.
18      A.    So there is an exclusion that is
19    as a matter of law would preclude,
20    everything else being satisfied on the
21    policy, and Fireman's Fund settles
22    irregardless of the exclusion being
23    determined by an authoritative court, and
24    then we bill per the terms of this contract?
25      Q.    Right.
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 18 of 19

JEFFREY ARNOLD SVETSKA                                    April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                               80

```
 1                          Svetska
 2        A.    The question being what?
 3        Q.    Would that be covered under this
 4   certificate?
 5              MS. BASWELL:  Objection.  Calls
 6        for a legal conclusion.
 7              THE WITNESS:  No.
 8   BY MR. KING:
 9        Q.    Okay.  Let me ask you the same
10   question, let's assume that Fireman's Fund
11   pays a claim which is outside the conditions
12   or a condition of the Fireman's Fund policy,
13   where a condition of the Fireman's Fund
14   policy has not been satisfied.  And then
15   asks its reinsurer to pay and there is no
16   question as to the condition not being
17   satisfied.  Would this policy -- would this
18   certificate, rather, provide coverage to
19   Fireman's Fund?
20              MS. BASWELL:  Objection to form.
21        Calls for a legal conclusion.
22        Incomplete hypothetical.
23              THE WITNESS:  Technically your
24        question is very similar to the one
25        that you just asked in a hypothetical
```



Case 1:14-cv-04718-PGG   Document 47-3   Filed 07/06/15   Page 19 of 19

JEFFREY ARNOLD SVETSKA                                April 02, 2015
FIREMAN'S FUND vs. ONEBEACON INSURANCE                            81

```
 1                          Svetska
 2        situation, under those provisions only
 3        I would say, no.
 4   BY MR. KING:
 5        Q.    Would it be fair to say that this
 6   facultative certificate it does not cover ex
 7   gratia payments by Fireman's Fund?  Do you
 8   know what the term "ex gratia" means?
 9        A.    If you could for the record give a
10   brief definition of what you mean by that?
11        Q.    A gratuitous payment that is
12   outside of the coverage policy.
13        A.    I would agree the certificate
14   would not cover that.
15        Q.    All set for now.
16              Let me ask you to take from
17   yesterday's exhibits Exhibit 27 please.
18        A.    I have 27.
19        Q.    Exhibit 27 is the "AZOA Resolution
20   Services ASARCO Authority Request" dated
21   July 31, 2008.
22              Have you seen this document
23   before?
24        A.    Yes.
25        Q.    Did you review this in connection
```

