UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,

                    Plaintiff,

- against -

ONEBEACON INSURANCE COMPANY as successor-in-interest to GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA,

                    Defendant.

**ORDER**

14 Civ. 4718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff Fireman's Fund Insurance Company is directed to respond to Defendant OneBeacon Insurance Company's Motion, Dkt. No. 83, by Monday, January 11, 2021.

Dated:  New York, New York
         January 8, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge