UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE
COMPANY,

                            Plaintiff,                                    **ORDER**

             - against -                                          14 Civ. 4718 (PGG)

ONEBEACON INSURANCE COMPANY
as successor-in-interest to GENERAL
ACCIDENT INSURANCE COMPANY OF
AMERICA,

                            Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

            Defendant OneBeacon Insurance Company's motion to stay execution of the

judgment pending appeal and for approval of a supersedeas bond pursuant to Fed. R. Civ. P.

62(b) (Dkt. No. 83) is granted.

Dated:  New York, New York
            August 27, 2021                         SO ORDERED.

                                                    _____
                                                    Paul G. Gardephe
                                                    United States District Judge